IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RASHAD HUBBARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv1034-MHT |
| | ) | (WO) |
| DISCOVER BANK and | ) | |
| NATHAN & NATHAN, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff, who is pro se, filed this lawsuit asserting claims against a bank and a law firm related to a state-court lawsuit brought against him on a debt. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for lack of subject-matter jurisdiction, and that defendants' motion to dismiss be denied as moot. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation

should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of September, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE