IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RASHAD HUBBARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv1034-MHT |
| | ) | (WO) |
| DISCOVER BANK and | ) | |
| NATHAN & NATHAN, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

DISMISSAL ORDER AND JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 26) is adopted.

(2) This lawsuit is dismissed without prejudice for lack of subject-matter jurisdiction.

(3) Defendants' motion to dismiss (Doc. 26) is denied as moot.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 10th day of September, 2026.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**